```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOAN LITWIN, *on behalf of herself and all other similarly* :
*situated shareholders*, :
: 11 Civ. 7218 (PAE)
:
Plaintiff, :
: ORDER TO SHOW
-v- : CAUSE
:
OCEANFREIGHT, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

      The Court is in receipt of an application by plaintiff for a temporary restraining order and preliminary injunction enjoining a meeting of defendant OceanFreight, Inc.'s shareholders presently scheduled for November 3, 2011. Accordingly, as directed by the Court at conference with counsel on October 27, 2011, it is hereby:

      ORDERED, that the hearing on plaintiff's application is set for November 1, 2011 at 2:00pm in Courtroom 9B of the United States Courthouse, 500 Pearl St., New York, New York 10007;

      ORDERED, that service of this Order and the papers upon which it is based on: (a) Defendants OceanFreight, Inc., John Liveris, Konstandinos Kandylidis, Anthony Kandylidis, Panagiotis A. Korakas, and George Biniaris upon Bruce G. Paulsen at Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004; and (b) DryShips, Inc., Ocean Rig UDW, Inc. and Pelican Stockholdings, Inc., upon Peter L. Simmons at Fried Frank, One New York Plaza, New York, NY 10004, on or before 2:00pm on October 31, 2011 shall be deemed good and sufficient service of this Order. It is FURTHER ORDERED that defendants' acceptance of service of this Order, and participation in litigating the instant application for injunctive relief, shall be without prejudice to any later argument that service of the underlying Complaint in this case was improper or insufficient; and

      It is finally ORDERED, that defendants' answering papers, if any, shall be served by hand or such other method as the parties shall agree upon the law office of Weiss & Lurie, 1500 Broadway, 16th Floor, New York, New York 10036 on or before 4:00pm on October 31, 2011.

    SO ORDERED.

                                                                            Paul A. Engelmayer
                                                                       United States District Judge

Dated: October 31, 2011
       New York, New York